FILED
2010 JUL -9 PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10- CR 10 00753 |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [33 U.S.C. §§ 1311(a), 1319(c)(1)(A): Negligent Discharge of Pollutants into Waters of the United States; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| MITCHELL CASE CALDERWOOD, and CALDERWOOD RUBBER AND PLASTIC, INC., | |
| Defendants. | [CLASS A MISDEMEANOR] |

The United States Attorney charges:

On or about April 23, 2009, in Santa Barbara County, within the Central District of California, defendants MITCHELL CASE CALDERWOOD and CALDERWOOD RUBBER AND PLASTIC, INC., did negligently discharge, and cause the discharge of, pollutants, namely Acclaim Polyol 2220N and PolyTHF 1000 Polyether, from a point source, namely the storm drain located at 336 South Fairview Avenue, Goleta, California, into a tributary of waters of the United States, namely San Pedro Creek, without a permit

//
//

MAW:maw

issued by the United States Environmental Protection Agency or by an authorized state agency.

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Environmental Crimes Section